**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LUIS A. GONZALEZ,**

**Plaintiff,**

**- against -**

**MASSIMOS CONTRACTING CORP., ET AL.**

**Defendants.**

**26-cv-5044 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for defendants Massimos Contracting Corp. and Massimo Maffei to respond to the complaint was July 17, 2026. The time for defendant Gezim Bunjaj to respond to the complaint was August 31, 2026. The time for defendant Athena Victoria Urena Gonzalez to respond to the complaint was August 12, 2026. To date, none of the defendants have responded to the complaint. The time for the defendants to respond to the complaint is extended to **August 31, 2026**. Failure to respond by that date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **August 20, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**August 17, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**