**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LUIS A. GONZALEZ, ET AL.,**

**Plaintiffs,**

**- against -**

**MASSIMOS CONTRACTING CORP., ET AL.,**

**Defendants.**

---

**26-cv-5044 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court has previously extended the time for the defendants to respond to the complaint. That time has passed. The time for all defendants to respond to the complaint is extended to **September 18, 2026.** If any of the defendants do not respond by that date, the plaintiffs may move by order to show cause for a default judgment by **October 2, 2026.** If the plaintiffs fail to seek a default judgment by that date, the case may be dismissed for failure to prosecute. The plaintiffs should serve a copy of this order on each of the defendants and file a proof of service by **September 11, 2026.**

The conference scheduled for September 24, 2026 at 3:00 p.m. is canceled.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 2, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**