**HELEN F. DALTON & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

October 1, 2026

**Via ECF**:
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square,
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
10/2/24

Re: ***Gonzalez et al v. Massimos Contracting, Corp. et al.***
***Civil Docket No.: 1:26-cv-05044-JGK***

Dear Judge Koeltl:

We represent the Plaintiffs in the above-referenced action, and we respectfully request an extension of time to file the Plaintiffs' Motion for Default Judgment. Pursuant to the Court's September 2, 2026 Order, Plaintiffs are currently required to move by order to show cause for default judgment by October 2, 2026. Plaintiffs respectfully seek an extension of three (3) weeks through October 23, 2026. This is Plaintiffs' first request for an extension of this deadline.

**Brief Procedural History**

Plaintiffs commenced this action by filing of the Plaintiffs' Summons & Complaint on June 15, 2026 (Dkt. 1). Defendants Massimos Contracting Corp., Massimo Maffei, Gezim Bunjaj, and Athena Victoria Urena-Gonzalez were served between June 22 and July 22, 2026 (Dkts. 7 - 11). After the Court extended the Defendants' time to respond (Dkts. 12 & 14), the final deadline to respond expired on September 18, 2026, but none of the Defendants filed a timely Answer.

On August 31, 2026, Plaintiffs' counsel received by mail an Answer from Defendant Athena Victoria Urena-Gonzalez. On September 16, 2026, our office communicated with Ms. Urena-Gonzalez via email and advised her that mailing the Answer did not constitute an appearance and that she remained subject to default unless she filed her Answer on ECF. As of this writing, no Answer was filed on ECF despite urging Ms. Urena-Gonzalez to do so.

Plaintiffs have actively prosecuted this action. Since the filing of the Complaint, four (4) additional Plaintiffs have consented to join (Dkts. 15, 17, 18, 19), bringing the total number of Plaintiffs to sixteen (16), and Plaintiffs expect one more Plaintiff to join this action.

On September 28, 2026, Plaintiffs filed their requests for Certificates of Default against each of the Defendant, awaiting the Clerk's entry so that Plaintiffs may serve the same upon the Defendants.

Further, Plaintiffs are already in the process of meeting with the Plaintiffs for them to review and sign their respective affidavits in support of the motion. However, due to the number of Plaintiffs, additional time is required to finalize the same.

Accordingly, Plaintiffs respectfully request that the Court extend the deadline to file their Motion for Default Judgment through October 23, 2026. The requested extension will allow Plaintiffs to complete the necessary affidavits and proceed with the motion once the Certificates of Default have been entered and served. Plaintiffs respectfully submit that the brief extension will facilitate the orderly and efficient prosecution of this action. Further, Plaintiffs respectfully request an Order requiring Defendant Athena Victoria Urena-Gonzalez to formally appear in this matter in light of her Answer mailed to this office.

We thank the Court for its consideration, and we remain available to provide any necessary additional information.

Respectfully submitted,

Roman Avshalumov

Roman Avshalumov, Esq.

CC (via USPS Mail):

**MASSIMOS CONTRACTING, CORP.**
280 Park Avenue, Harrison, New York 10528

**MASSIMO MAFFEI**
280 Park Avenue, Harrison, New York 10528

**GEZIM BUNJAJ**
2064 Barnes Ave., #6D, Bronx, NY 10462

**ATHENA VICTORIA URENA-GONZALEZ**
623 E 6th Street, Apt. 2, New York, NY 10009
athena.urena@gmail.com