UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS A. GONZALEZ, ET AL.,

Plaintiffs,

- against -

MASSIMOS CONTRACTING CORP., ET AL.,

Defendants.

26-cv-5044 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The plaintiffs should serve a copy of the Affidavit of Plaintiff Jose Elias Ramirez Melgar on the defendants by **Tuesday, November 10, 2026** and file proof of service on the docket by **Thursday, November 12, 2026.**

**SO ORDERED.**

Dated: New York, New York
November 6, 2026

John G. Koeltl
United States District Judge